Certificate Number: 05781-VAE-DE-041306559

Bankruptcy Case Number: 26-50780

05781-VAE-DE-041306559

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2026, at 7:49 o'clock AM PDT, Laguanna Tindell completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: August 10, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President